United States District Court
Southern District of Texas

**ENTERED**

June 11, 2026

Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

ONEAL DARSHAN,
*Plaintiff,*                                     §
                                                 §
V.                                               §      CIVIL ACTION NO. 4:25cv5897
                                                 §
                                                 §
Q&S ENTERPRISES LLC, ET AL.,                     §
*Defendants*                                     §

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated May 26, 2026 (Dkt. 23) and no party having filed objections thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendants Q & S Enterprises LLC and Ahmeed Jaseem Jan's Motion to Set Aside Default (Dkt. 14) is **GRANTED** and the Order of Entry of Default (Dkt. 12) is **VACATED.**

It is further **ORDERED** that Plaintiff Oneal Darshan's Motion for Default Judgment (Dkt. 13) is **DENIED.**

**SIGNED** at Houston, Texas this __11th__ day of June, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE